IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY GENE WOOD, et al.,                No.  CIV.S-04-0897 DAD

      Plaintiffs,

  v.                                     ORDER

THE UNITED STATES OF AMERICA, et al.,

      Defendants.
_____/

      This matter came before the court on November 17, 2006, for a status conference.  Craig Harasek appeared on behalf of plaintiffs Mary Gene Wood, Lannie Wood, Roger Palmer and Denise Palmer.  Dugan Barr appeared on behalf of private defendants Albert H. Newton, Jr.; Michael P. Newton; Michael D. Meiners; Jon H. Meiners; Kelly Lee Meiners; Kathy Ann Kutzer; Albert H. Newton, III; and Ann G. Cane, the only remaining defendants.

      Having considered the parties' status reports, and having heard from counsel, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

1        1.  This matter will be set for a settlement conference
2   before the undersigned magistrate judge;
3        2.  The parties are directed to contact Pete Buzo at (916)
4   930-4128 as soon as practicable to arrange for a settlement
5   conference date that is agreeable to the parties and the court;
6        3.  The parties are reminded to submit settlement
7   conference statements to chambers not less than three (3) days before
8   the date of the settlement conference; and
9        4.  This matter will be scheduled for further proceedings
10  if necessary following the settlement conference.
11  DATED: November 17, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

15  DAD:th
    DDad1\orders.consent\wood0897.oastatus