1   **JOHN D. BARR** ................................State Bar No. 40663
    **DOUGLAS MUDFORD**.................State Bar No. 156392
2   **J. MICHAEL FAVOR**.....................State Bar No. 85558
    **DAVID CASE**...................................State Bar No. 56701
3   **DOUGLAS H. NEWLAN**................State Bar No. 32250
4   **BARR & MUDFORD**
    1824 Court Street/P.O. Box 994390
5   Redding, California 96099-4390
    Telephone:     (530) 243-8008
6   Fax:             (530) 243-1648
7
    Attorneys for Real Parties in Interest ALBERT H. NEWTON JR.,
8   MICHAEL P. NEWTON, MICHAEL D. MEINERS,
    JON H. MEINERS and KELLY LEE MEINERS
9

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14

15  MARY JANE WOOD and LANNIE WOOD;      CASE NO. CIV.S – 04- 0897 DAD
    ROGER PALMER and DENISE PALMER,
16                                        **ORDER TO REQUEST EXTENSION
           Plaintiffs,                    OF TIME**
17
        vs.
18                                        **Judge:  The Honorable Dale A. Drozd**
    THE UNTIED STATES OF AMERICA, USDI
19  (Bureau of Land Management); ALBERT H.
    NEWTON, JR.; MICHAEL P. NEWTON;
20  MICHAEL D. MEINERS; JON H.
    MEINERS; and KELLY LEE MEINERS,
21  KATHY ANN KUTZER; ALBERT H.
    NEWTON, III; and ANN G. CANE,
22
23         Defendants

24

25      The parties have agreed and hereby request a new extension by the court up to, and

26  through, November 5, 2007, or a date as set thereafter by the court, in which to complete

27

28              Page 1 of 2

**BARR&MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

**Order to Request Extension of Time**

settlement of this matter due to Mr. Harasek being unavailable until after October 24, 2007.

A request by letter dated October 16, 2007, was electronically filed with the court by Mr. Barr's office, however, it was discovered on October 19, 2007, that the court did not receive this notice, causing this request to be untimely as the previous deadline for completion of settlement was October 17, 2007.  The parties are requesting leniency of the court in allowing a new extension for the completion of the settlement with the parties.

DATED:  October 19, 2007                    BARR & MUDFORD


                                              /s/   John D. Barr
                                            JOHN D. BARR
                                            Attorneys for Defendants


DATED:  October 19, 2007                    LAW OFFICES OF CRAIS S. HARASEK


                                              /s/   Craig S. Harasek
                                            CRAIG S.  HARASEK
                                            Attorneys for Plaintiffs



          IT IS SO ORDERED.



DATED:  October 19, 2007.

                                            _____
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/wood0897.eot

**Order to Request Extension of Time**

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008