1  **CRAIG HARASEK** ........................State Bar No. 137639
   **Attorney at Law**
2  2937 Conrad Street
3  Placerville, CA  95667
   Telephone:     (530) 626-3749
4  Fax:           (530) 626-3781

5  Attorneys for Plaintiffs MARY GENE WOOD, LANNIE WOOD,
   ROGER PALMER and DENISE PALMER
6

7  **JOHN D. BARR** ...............................State Bar No. 40663
   **DOUGLAS MUDFORD**..................State Bar No. 156392
8  **J. MICHAEL FAVOR**.....................State Bar No. 85558
9  **DAVID CASE**..................................State Bar No. 56701
   **DOUGLAS H. NEWLAN**................State Bar No. 32250
10 **BARR & MUDFORD**
   1824 Court Street/P.O. Box 994390
11 Redding, California 96099-4390
   Telephone:     (530) 243-8008
12 Fax:           (530) 243-1648

13
   Attorneys for Real Parties in Interest ALBERT H. NEWTON JR.,
14 MICHAEL P. NEWTON, MICHAEL D. MEINERS,
   JON H. MEINERS and KELLY LEE MEINERS
15

16

17                          **UNITED STATES DISTRICT COURT**
18
                             **EASTERN DISTRICT OF CALIFORNIA**
19

20

21

22 | MARY GENE WOOD and LANNIE WOOD; | CASE NO. CIV.S – 04- 0897 DAD |
   | ROGER PALMER and DENISE PALMER, | |
23 | | **STIPULATION FOR DISMISSAL;** |
   | Plaintiffs, | **ORDER THEREON** |
24 | | |
   | vs. | |
25 | | **Judge:  The Honorable Dale A. Drozd** |
26 | THE UNITED STATES OF AMERICA, USDI, | |
   | (Bureau of Land Management); ALBERT H. | |
27 | NEWTON, JR.; MICHAEL P. NEWTON; | |
   | MICHAEL D. MEINERS; JON H. MEINERS; | |
28

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1 of 2
~~~

and KELLY LEE MEINERS, KATHY ANN KUTZER; ALBERT H. NEWTON, III; and ANN G. CANE,

      Defendants

This matter having been settled by the parties, it is hereby stipulated by the parties that this action may be dismissed with prejudice.

DATED:  November 5, 2007        LAW OFFICES OF CRAIG HARASEK

        /s/   Craig Harasek
        CRAIG HARASEK
        Attorneys for Plaintiffs

DATED:  November 5, 2007        BARR & MUDFORD

        /s/   John D. Barr
        JOHN D. BARR
        Attorneys for Plaintiffs

    IT IS SO ORDERED.

Dated:  November 5, 2007.

        DALE A. DROZD
        UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/wood0897.stipdism

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008